An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL RONDELL LAVENDER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66051

**FILED**

SEP 09 2014



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction, pursuant to a jury verdict, of stop required on signal of a police officer. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

The notice of appeal in this matter was filed on July 9, 2014, nine days after the expiration of the 30-day appeal period prescribed by NRAP 4(b)(1)(A). In response to our order to show cause why this appeal should not be dismissed for lack of jurisdiction, counsel for appellant asserts that she was not served with a copy of the judgment and did not become aware that a judgment had been filed until July 6, 2014. "[A]n untimely notice of appeal fails to vest jurisdiction in this court," *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), and we cannot "extend the time to file a notice of appeal except as provided in [NRAP] 4(c),"

SUPREME COURT
OF
NEVADA

(O) 1947A

14-29717

NRAP 26(b)(1)(A). Because the notice of appeal was not timely filed, we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Douglas                               Cherry


cc:    Hon. Elissa F. Cadish, District Judge
       Leslie A. Park
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk
       Michael Rondell Lavender